Thomas D. Berghman
Texas Bar No. 24082683
Jacob J. King
Texas Bar No. 24136951
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Suite 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail:  tberghman@munsch.com
    jking@munsch.com

PROPOSED COUNSEL FOR THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| WOC EVENTS GRAPEVINE, LLC[1] | § | Case No. 25-44313-mxm11 |
| | § | |
| Debtors. | § | Jointly Administered |

# CERTIFICATE OF NO OBJECTION

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

The undersigned files this *Certificate of No Objection* in relation to the *Debtors' Emergency Motion to Approve Cash Management System and Budgets* [Docket No. 13] (the "Cash Management Motion") in the above-referenced case, and in support, states:

1. On November 5, 2025, the Debtors filed the Cash Management Motion requesting that the Court enter interim and final orders approving the Debtors' cash management system. On November 12, 2025, the Court entered its *First Interim Order Granting Debtors' Emergency Motion to Approve Cash Management System and Budgets* [Docket No. 36] (the "Interim Order") authorizing the Debtors' requested relief.

---

[1] The Debtors in these chapter 11 bankruptcy cases, along with the last four digits of their federal tax identification number are: Laurel Events, LLC (6782); and WOC Events Grapevine, LLC (7344); and KellyBain Events, LLC (7171). The Debtors' mailing address is: 1804 Market Center Blvd., Dallas, Texas 75207.

CERTIFICATE OF NO OBJECTION        1

2. Additionally, in the Interim Order, the Court set the Cash Management Motion for final hearing but stated that "[i]n the event no objection to entry of the Final Order on the Motion is timely received, this Court may enter the Final Order without need for the Final Hearing." Interim Order ¶ 3.

3. The undersigned hereby certifies that, as of the date of filing this Certificate, the Debtors have received no objections or responses to the Cash Management Motion and the docket reflects that no objections or responses to the Cash Management Motion have been filed.

4. Accordingly, the Debtors hereby request that the Court deem the Cash Management Motion unopposed, enter the proposed final order granting the Cash Management Motion, and grant the Debtors all further relief as is just and proper.

5. A copy of the Debtors' proposed final order is attached hereto as Exhibit A and has been separately uploaded through the Court's CM/ECF system.

RESPECTFULLY SUBMITTED this 9th day of December, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jacob King*
Thomas D. Berghman
Texas Bar No. 24082683
Jacob J. King
Texas Bar No. 24136951
500 N. Akard St., Suite 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: tberghman@munsch.com
jking@munsch.com

**PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on December 9, 2025, true and correct copies of the forgoing document were electronically served by the Court's CM/ECF system on parties entitled to notice thereof.

By: */s/ Jacob King*  
Jacob J. King
